UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20065-CR-SEITZ

UNITED STATES OF AMERICA,

v.

OSCAR MAURICIO HENAO-TORO,
CARLOS ARTURO CEREN,
OMAR MUNOZ,
JHON JAIRO OCHOA-MESA,
CARLOS ZULUAGA-OCHOA,
MANUEL JOSE CARDONA-OSORIO and
EDGAR EMILIO SIMMONDS-GALLARDO,

_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable John J. O'Sullivan recommending that the Motion to Suppress All Wiretap Evidence and Fruits Thereof [DE 766], Motion to Compel Production of Documents Relating to Record of Conversations Had by the Defendant [DE 768], and Motion to Suppress Wiretap Evidence [DE 771] be DENIED. The Court has reviewed Judge O'Sullivan's R&R, to which no objections have been filed, and based on a *de novo* review of the record, it is hereby

ORDERED that the above-mentioned R&R of Magistrate Judge O'Sullivan is RATIFIED, AFFIRMED, and made the Order of the District Court, as follows:

(1) Defendants' Motion to Suppress All Wiretap Evidence and Fruits Thereof [DE 766] is DENIED;

(2) Defendant's Motion to Compel Production of Documents Relating to Record of Conversations Had by the Defendant [DE 768] is DENIED; and

(3) Defendants' Motion to Suppress Wiretap Evidence [DE 771] is DENIED.

DONE AND ORDERED in Miami, Florida this 29th day of June, 2010.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable John J. O'Sullivan
Counsel of Record